No. 4056.—PUEBLO, apldo., *v.* RIVERA, aplte.—C. D. San Juan. Febrero 11, 1930.

Con lugar la moción de desestimación visto el allanamiento del apelante.

No. 4057.—PUEBLO, apldo., *v.* RIVERA, aplte.—C. D. San Juan. Febrero 11, 1930.

Con lugar la moción de desestimación visto el allanamiento del apelante.

No. 4008.—PUEBLO, apldo., *v.* RODRÍGUEZ, aplte.—C. D. Humacao. Mutilación. Febrero 17, 1930.

No. 4019.—PUEBLO, apldo., *v.* ROSADO JR., aplte.—C. D. Arecibo. Homicidio involuntario, etc. Febrero 17, 1930.

No. 4043.—PUEBLO, apldo., *v.* DELGADO, aplte.—C. D. Humacao. Homicidio involuntario. Febrero 17, 1930.

No. 4058.—PUEBLO, apldo., *v.* DE JESÚS, aplte.—C. D. San Juan. Portar armas. Febrero 17, 1930.

No. 4061.—PUEBLO, apldo., *v.* SÁNCHEZ ET AL., apltes.—C. D. San Juan. Alterar la paz pública. Febrero 17, 1930.

No. 4023.—PUEBLO, apldo., *v.* GARCÍA ET AL., apltes.—C. D. San Juan. Acometimiento grave. Febrero 24, 1930.

No. 4022.—PUEBLO, apldo., *v.* GARCÍA ET AL., apltes.—C. D. San Juan. Acometimiento con circunstancias agravantes. Febrero 24, 1930.

No. 4038.—PUEBLO, apldo., *v.* BETANCES, aplte.—C. D. Mayagüez. Ataque con intención de cometer homicidio. Febrero 24, 1930.

No. 4046.—PUEBLO, apldo., *v.* CANCEL, aplte.—C. D. Mayagüez. Portar Armas. Febrero 24, 1930.

No. 4048.—PUEBLO, apldo., *v.* FORASTIERI, aplte.—C. D. San Juan. Infracción ley de pesas y medidas. Febrero 24, 1930.

No. 4062.—PUEBLO, apldo., *v.* CARRASQUILLO, ET AL., apltes. C. D. San Juan. Adulteración de leche. Febrero 24, 1930.

No. 4064.—PUEBLO, apldo., *v.* RIVERA, aplte.—C. D. San Juan. Delito contra la salud pública. Febrero 24, 1930.